| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zouhary, Jack | 2. Court or Organization<br><br>District Court, Northern District of Ohio | 3. Date of Report<br><br>05/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>District Judge / Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>1716 Spielbusch Avenue<br>Toledo, OH 43604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DTE Energy* | A | Dividend | J | T | | | | | |
| 2. Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 3. - Boeing* | | | | | | | | | |
| 4. - DCT Industrial Trust* | | | | | | | | | |
| 5. - Deere & Co* | | | | | | | | | |
| 6. - General Electric* | | | | | | | | | |
| 7. - Intel* | | | | | | | | | |
| 8. - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 9. - Motorola Mobility (MMI) | | | | | Sold | 05/22/12 | K | | |
| 10. - Motorola Solutions (MSI) | | | | | | | | | |
| 11. - Pepsico* | | | | | | | | | |
| 12. - Pennsylvania Mutual Fund | | | | | | | | | |
| 13. - US Bancorp Delaware New* | | | | | | | | | |
| 14. - Abbott Labs* | | | | | | | | | |
| 15. - AT&T* | | | | | | | | | |
| 16. - Atmos Energy* | | | | | | | | | |
| 17. - BP PLC* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cardinal Health Inc Ohio * | | | | | | | | | |
| 19. - Coca Cola* | | | | | | | | | |
| 20. - Eaton* | | | | | | | | | |
| 21. - Centurylink* | | | | | | | | | |
| 22. - HSBC Holding* | | | | | | | | | |
| 23. - JP Morgan Chase* | | | | | | | | | |
| 24. - Key Corp* | | | | | | | | | |
| 25. - McDonald's* | | | | | | | | | |
| 26. - Merck & Co* | | | | | | | | | |
| 27. - Royal Dutch Shell* | | | | | | | | | |
| 28. - Bristol-Myers Squibb* | | | | | | | | | |
| 29. - Conoco Philips* | | | | | | | | | |
| 30. - Colgate Palmolive* | | | | | | | | | |
| 31. - Conagra Foods* | | | | | | | | | |
| 32. - Du Pont E I DeNemours* | | | | | | | | | |
| 33. - HCP Inc. * | | | | | | | | | |
| 34. - Olin* | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Oracle* | | | | | | | | | |
| 36.  - Walgreen* | | | | | | | | | |
| 37.  - Blackrock National (Fund) | | | | | | | | | |
| 38.  - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 39.  - Sprint Nextel* | | | | | | | | | |
| 40.  - Stryker* | | | | | | | | | |
| 41.  - Windstream* | | | | | | | | | |
| 42.  - Wisconsin Energy* | | | | | | | | | |
| 43.  - 3 M* | | | | | | | | | |
| 44.  - Eaton Vance Tax (Fund) | | | | | | | | | |
| 45.  - Amgen* | | | | | | | | | |
| 46.  - Johnson & Johnson* | | | | | | | | | |
| 47.  - Microsoft* | | | | | | | | | |
| 48.  - American Electric Power* | | | | | | | | | |
| 49.  - Bob Evans Farms* | | | | | | | | | |
| 50.  - Citigroup* | | | | | | | | | |
| 51.  - Pfizer* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Travelers* | | | | | | | | | |
| 53.  - Teco Energy* | | | | | | | | | |
| 54.  - Verizon Communications* | | | | | | | | | |
| 55.  - Vanguard Ohio Tax-Free Fund | | | | | | | | | |
| 56.  - Dividend Capital Total Realty Trust | | | | | | | | | |
| 57.  - Deutsche Bank PFD Trust IX | | | | | | | | | |
| 58.  - Waste Management* | | | | | | | | | |
| 59.  - Real Estate Property No. 1 (Darke County, Ohio) | | | | | | | | | |
| 60.  - Capital One (Accounts) | | | | | | | | | |
| 61.  - Merrill Lynch (Accounts) | | | | | | | | | |
| 62.  - Key Bank (Accounts) | | | | | | | | | |
| 63.  - Various Municipal Tax-Exempt Bonds (Lines 64-74) | | | | | | | | | |
| 64.  - Cleveland Public Power (Bond) | | | | | Redeemed | 11/15/12 | J | | |
| 65.  - Wadsworth School Improvement (Bond) | | | | | | | | | |
| 66.  - Marysville School District (Bond) | | | | | | | | | |
| 67.  - Springboro Sewer System (Bond) | | | | | Redeemed | 06/01/12 | J | | |
| 68.  - Millcreek - West Unity School (Bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Toledo Sewer System (Bond) | | | | | | | | | |
| 70.  - Akron Economic Development (Bond) | | | | | | | | | |
| 71.  - Butler County (Bond) | | | | | | | | | |
| 72.  - Lakewood City School (Bond) | | | | | | | | | |
| 73.  - Elida Local School (Bond) | | | | | | | | | |
| 74.  - Butler County Transportation (Bond) | | | | | | | | | |
| 75.  - Clorox | | | | | | | | | |
| 76.  - PPG | | | | | | | | | |
| 77.  - Q Com | | | | | | | | | |
| 78.  - VGT | | | | | | | | | |
| 79.  - VWO | | | | | | | | | |
| 80.  - Franklin High Yield (FRHIX) Fund | | | | | | | | | |
| 81.  - Legg Mason (STXAX) Fund | | | | | | | | | |
| 82.  - Apple | | | | | | | | | |
| 83.  - Gilead Science | | | | | | | | | |
| 84.  - Kroger | | | | | | | | | |
| 85.  - Proctor Gamble | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Carefusion | | | | | | | | | |
| 87. - NBH | | | | | | | | | |
| 88. - ATOIX | | | | | | | | | |
| 89. - TGBAX | | | | | | | | | |
| 90. - LDLFX | | | | | | | | | |
| 91. - Montgomery County Ohio Rev (Bond) | | | | | | | | | |
| 92. - Ohio State Higher Education Fac. (Bond) | | | | | | | | | |
| 93. - Greene County Hosp. (Bond) | | | | | | | | | |
| 94. - Am. Mun. Power OH Rev (Bond) | | | | | | | | | |
| 95. - Frontier | | | | | | | | | |
| 96. - Banco Santander | | | | | | | | | |
| 97. - Diageo | | | | | | | | | |
| 98. - Kimberly Clark | | | | | | | | | |
| 99. - Monsanto | | | | | | | | | |
| 100. - Philip Morris | | | | | | | | | |
| 101. - Blackrock Build America Bond Fund | | | | | | | | | |
| 102. - Lord Abbett Floating Rate Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Morgan Stanley Pfd. | | | | | | | | | |
| 104.  - USB Cap. XI Pfd. | | | | | Redeemed | 05/18/12 | J | A | |
| 105.  - Bank One Cap. VI Pfd. | | | | | | | | | |
| 106.  - Gabelli Utilities Fund | | | | | | | | | |
| 107.  - Barrick Gold | | | | | | | | | |
| 108.  - Berkshire Hathaway | | | | | | | | | |
| 109.  - Broadcom | | | | | | | | | |
| 110.  - Cisco | | | | | | | | | |
| 111.  - First Trust High Income | | | | | | | | | |
| 112.  - ING Infrastructure | | | | | | | | | |
| 113.  - Newmont Mining | | | | | | | | | |
| 114.  - Paychex | | | | | | | | | |
| 115.  - Petrobras | | | | | | | | | |
| 116.  - Telefonica | | | | | | | | | |
| 117.  - Teva | | | | | | | | | |
| 118.  - Vodafone | | | | | | | | | |
| 119.  - Doubleline Total Return | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - TCW Total Return | | | | | | | | | |
| 121. - SPDR Nuveen S&P High | | | | | | | | | |
| 122. - JP Morgan PFD | | | | | | | | | |
| 123. - Wachovia PFD | | | | | Redeemed | 06/15/12 | J | | |
| 124. - Philips 66 | | | | | Spinoff (from line 29) | 05/01/12 | J | | |
| 125. - Aegon PFD | | | | | Buy | 05/17/12 | J | | |
| 126. - SPDR Int (DWX) | | | | | Buy | 05/15/12 | J | | |
| 127. - DJIA Mitt (MLPHV) | | | | | Buy | 03/29/12 | K | | |
| 128. IRA #1 | D | Int./Div. | N | T | | | | | |
| 129. - Bond Fund of America (BFAFX) | | | | | Sold | 12/21/12 | J | | |
| 130. - Calamos (CVTRX) | | | | | | | | | |
| 131. - Gateway (GATEX) | | | | | | | | | |
| 132. - Munder Mid Cap (MGOAX) | | | | | | | | | |
| 133. - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 134. - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 135. - Thomas McDonald Money Market Fund | | | | | | | | | |
| 136. - I Shares Russell Midcap (IWS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Growth Fund of America (GFAFX) | | | | | | | | | |
| 138. - Henderson European Focus (HFEAX) | | | | | | | | | |
| 139. - Thornburg International Value (TGVIX) | | | | | | | | | |
| 140. - Van Kampen Growth & Income (ACGMX) | | | | | | | | | |
| 141. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 142. - Suntrust Cap IX PFD | | | | | Redeemed | 07/11/12 | J | A | |
| 143. - Dodge & Cox Income (DODIX) | | | | | | | | | |
| 144. - Gabelli Utilities Fund (GABUX) | | | | | | | | | |
| 145. - BAC Cap. XII Pfd. | | | | | Redeemed | 04/30/12 | J | A | |
| 146. - TCW Return (TGLMX) | | | | | | | | | |
| 147. - Victory Portfolio (IPFIX) | | | | | Buy | 08/06/12 | J | | |
| 148. IRA #2 | E | Int./Div. | N | T | | | | | |
| 149. - DFEOX | | | | | | | | | |
| 150. - DFITX | | | | | | | | | |
| 151. - DFREX | | | | | | | | | |
| 152. - DFLAX | | | | | | | | | |
| 153. - DFSHX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Schwab (Account) | | | | | | | | | |
| 155. - VBSSX / now known as VBIRX | | | | | | | | | |
| 156. - DFQTX | | | | | | | | | |
| 157. - DFIEX | | | | | | | | | |
| 158. IRA #3 | E | Int./Div. | P1 | T | | | | | |
| 159. - Morgan Stanley & Co. | | | | | | | | | |
| 160. - Microsoft (MSFT)* | | | | | | | | | |
| 161. - I Shares S&P (PFF) | | | | | | | | | |
| 162. - Gabelli Utilities (GAUAX) | | | | | | | | | |
| 163. - First Trust High Income (FSD) | | | | | | | | | |
| 164. IRA #4 | D | Dividend | M | T | | | | | |
| 165. - Blackrock Build America (BBN) | | | | | | | | | |
| 166. - Spider China ETF (GXC) | | | | | | | | | |
| 167. - Vanguard Total Market EFT (VTI) | | | | | | | | | |
| 168. - Dodge & Cox Income (DODIX) | | | | | | | | | |
| 169. - Vanguard High Dividend (VYM) | | | | | | | | | |
| 170. - First Trust High Income (FSD) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Vanguard Money Market (VMMXX) | | | | | | | | | |
| 172. - Vanguard High Yield Corp (VWEHX) | | | | | Buy | 02/13/12 | K | | |
| 173. - SPDR Int Div (DWX) | | | | | Buy | 05/18/12 | J | | |
| 174. - Tortoise Energy (NDP) | | | | | Buy | 11/09/12 | J | | |
| 175. - Natural Resource (NRP) | | | | | Buy | 06/18/12 | J | | |
| 176. Fifth Third Bank (Accounts) | E | Interest | K | T | | | | | |
| 177. Key Bank (Accounts) | B | Interest | M | T | | | | | |
| 178. Rurban Financial | | None | J | T | | | | | |
| 179. Fifth Third IRA (CDs) | A | Interest | | | Sold | 03/16/12 | K | | |
| 180. IRA #5 | A | Dividend | K | T | | | | | |
| 181. - Tortoise Energy (NDP) | | | | | Buy | 11/14/12 | J | | |
| 182. - ING Infrastructure (IDE) | | | | | Buy | 11/14/12 | J | | |
| 183. - Vanguard Money Market (VMMXX) | | | | | Buy | 03/06/12 | J | | |
| 184. John Hancock Venture | D | Dividend | M | T | | | | | |
| 185. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 186. US Savings Bonds | B | Interest | K | T | | | | | |
| 187. Washington County Ohio Health (Bond) | A | Interest | | | Redeemed | 07/30/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Citigroup (C)* | B | Dividend | K | T | | | | | |
| 189. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 190. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 191. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |
| 192. Motorola Mobility (MMI) | A | Dividend | | | Sold | 05/22/12 | J | | |
| 193. Motorola Solutions (MSI) | A | Dividend | J | T | | | | | |
| 194. Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 195. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 196. Tower Financial (TOFC)* | | None | J | T | | | | | |
| 197. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 198. Huntington* | A | Dividend | J | T | | | | | |
| 199. Orbital (OBTEF)* | | None | J | T | | | | | |
| 200. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 201. Amgen (AMGN)* | | None | J | T | | | | | |
| 202. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 203. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 204. AT&T (T)* | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |
| 206. Coca Cola (KO)* | A | Dividend | J | T | | | | | |
| 207. Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |
| 208. Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 209. Intel (INTL)* | A | Dividend | J | T | | | | | |
| 210. KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 211. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 212. MPC | A | Dividend | J | T | | | | | |
| 213. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 214. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 215. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 216. Goldman Sachs Fund (GHYAX) | A | Interest | J | T | | | | | |
| 217. Blackrock Mun Intermediate Fund (MUI) | C | Interest | K | T | | | | | |
| 218. Blackrock Muniholdings Fund (MHD) | B | Interest | L | T | | | | | |
| 219. Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 220. Diversified Credit Oppty Fund | B | Dividend | L | T | | | | | |
| 221. CBS (CBSA)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 223. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 224. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 225. Lakewood City (Bond) | B | Interest | K | T | | | | | |
| 226. Cedar Fair (FUN)* | C | Dividend | L | T | | | | | |
| 227. Royal Dutch Shell (RDSA)* | A | Dividend | | | Merged (with line 27) | 12/05/12 | K | | |
| 228. Deutsche Bank Pref Trust IX | B | Dividend | K | T | | | | | |
| 229. Eaton Vance Nat Mun Fund | A | Dividend | K | T | | | | | |
| 230. Springboro Ohio Swr System (Bond) | A | Interest | | | Redeemed | 06/01/12 | J | | |
| 231. Millcreek-West University Ohio (Bond) | A | Interest | J | T | | | | | |
| 232. Nationwide Bank (Accounts) | C | Interest | N | T | | | | | |
| 233. Butler County (Bond) | B | Interest | K | T | | | | | |
| 234. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 235. IXJ | A | Dividend | K | T | | | | | |
| 236. VGT | A | Dividend | J | T | | | | | |
| 237. VEU | A | Dividend | J | T | | | | | |
| 238. Gigamedia Limited - GIGM | | None | | | Sold | 12/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. VOHXX | A | Dividend | K | T | | | | | |
| 240. VOHIX | C | Dividend | K | T | | | | | |
| 241. DFA US Core Equity (DFQTX) | B | Dividend | M | T | | | | | |
| 242. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 243. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 244. Schwab (Account) (cash) | A | Interest | K | T | | | | | |
| 245. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 246. VGK | A | Dividend | J | T | | | | | |
| 247. Franklin High Yield Tax Free (FRHIX) Fund | A | Dividend | J | T | | | | | |
| 248. Legg Mason Municipal High (STXAX) Fund | A | Dividend | J | T | | | | | |
| 249. Ohio State Higher Ed (Bonds) | C | Interest | L | T | | | | | |
| 250. Montgomery County Ohio Rev (Bonds) | C | Interest | K | T | | | | | |
| 251. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 252. ATOIX | D | Dividend | N | T | | | | | |
| 253. XLP | A | Dividend | J | T | | | | | |
| 254. Dexcom | | None | J | T | | | | | |
| 255. HEV | | None | | | Sold | 12/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. VFSTX | A | Dividend | J | T | | | | | |
| 257. Banco Santander (STD) | A | Dividend | J | T | | | | | |
| 258. Cisco (CISCO) | A | Dividend | J | T | | | | | |
| 259. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 260. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 261. Kroger (KR) | A | Dividend | J | T | | | | | |
| 262. Monsanto (MON) | A | Dividend | K | T | | | | | |
| 263. National Bank Greece (NBG) | | None | J | T | | | | | |
| 264. Petroleo Brasileiro (PBR) | A | Dividend | J | T | | | | | |
| 265. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 266. Savient Pharmaceutical (SVNT) | | None | J | T | | | | | |
| 267. Exelon (EXC) | B | Dividend | K | T | Buy | 04/12/12 | K | | |
| 268. Peabody (BTU) | A | Dividend | J | T | Buy | 05/15/12 | J | | |
| 269. Zipcar (ZIP) | | None | J | T | Buy | 02/17/12 | J | | |
| 270. Hewlett Pack (HPQ) | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 271. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 272. Blackrock Build America Fund (BBN) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 274.  Lord Abbott Short Dur. (LDLFX) | A | Dividend | K | T | | | | | |
| 275.  Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 276.  Frontier (FTR) | A | Dividend | J | T | | | | | |
| 277.  Abbott (ABT) | A | Dividend | J | T | | | | | |
| 278.  Acme Packet (AKPT) | | None | J | T | | | | | |
| 279.  Best Buy (BBY) | A | Dividend | J | T | | | | | |
| 280.  Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 281.  Goldman Sachs (GS) | A | Dividend | J | T | | | | | |
| 282.  Newmont Mining (NEM) | A | Dividend | K | T | | | | | |
| 283.  ING Infra (IDE) | A | Dividend | J | T | | | | | |
| 284.  Morgan Stanley PFD (MSK) | A | Dividend | J | T | | | | | |
| 285.  Proctor Gamble (PG) | A | Dividend | J | T | | | | | |
| 286.  Statoil (STO) | A | Dividend | J | T | | | | | |
| 287.  Teva (TEVA) | A | Dividend | J | T | | | | | |
| 288.  Transocean (RIG) | A | Dividend | J | T | | | | | |
| 289.  Wachovia Cap PFD | A | Dividend | | | Sold | 06/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  First Trust (FSD) | A | Dividend | J | T | | | | | |
| 291.  Berea Ohio School (Bond) | A | Interest | J | T | | | | | |
| 292.  Gabelli Utilities (GABUX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stock.

Trust #1 (Line 2) is an Aggregate Ownership Arrangement in which      or trustee of     trusts.  Assets are itemized (Lines 3 - 127).

Additions to 2011 Report:

Lines 124-127
Acquisitions made to Trust #1

Line 147
Acquisition made to IRA #1

Lines 172-175
Acquisition made to IRA #4

Lines 180-183
IRA #5 (new IRA / rollover from Fifth Third Bank / Line 179)

Lines 267-270
Acquisitions made

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544